**Order entered April 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00161-CV

### IN THE INTEREST OF T.R.N., ET AL., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-00385-X**

## ORDER

Before the Court is appellant Father's April 8, 2019 motion to extend time for filing brief.

We **GRANT** the motion and **ORDER** Father's brief be filed no later than April 29, 2019. Because this is an accelerated appeal in a parental termination case, we caution Father that further extension requests will be disfavored.

/s/     KEN MOLBERG
         JUSTICE